IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| **Plaintiff,** | : | Case No.  3:06-cr-036 |
| | | also   3:06-cv-393 |
| -vs- | : | |
| | | **District Judge Thomas M. Rose** |
| **ROBERT H. WOODWARD, III.,** | : | **Chief Magistrate Judge Michael R. Merz** |
| **Defendant.** | : | |

### ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #47), to whom this case was referred pursuant to 28 U.S.C. §636(b), and the Supplemental Report and Recommendation (Doc. #51).  Noting that no objections have been filed to either Report and Recommendations and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired on June 5, 2007, and June 29, 2007, respectively, the Court hereby ADOPTS said Report and Recommendations and Supplemental Report and Recommendations.

Therefore, the Court DENIES the Motion to Vacate and DENIES Defendant leave to appeal *in forma pauperis* and any requested certificate of appealability.  Further, Defendant's Supplemental Motion (Doc. #50) is DENIED.  The Clerk shall enter judgment accordingly.

July 9, 2007    **s/THOMAS M. ROSE**

_____

Thomas M. Rose
United States District Judge